IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLAKE SWANGO,<br><br>                             Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al*.,<br><br>                             Defendants. | Civil Action No. 1:23-cv-1335-RDA-JFA |

## NOTICE OF SETTLEMENT

Plaintiff Blake Swango, by counsel, notifies the Court that he has settled his claims against Defendants Trans Union, LLC ("Trans Union") and Verizon Communications, Inc. d/b/a Verizon Wireless ("Verizon"). The Parties are working to finalize the settlement papers and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

Respectfully submitted,

**BLAKE SWANGO**

By:     */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiff*