IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLAKE SWANGO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-1335-RDA-JFA |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against Defendants Trans Union, LLC and Verizon Comunications, Inc. d/b/a Verizon Wireless, neither of which has filed an answer or a motion for summary judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**BLAKE SWANGO**

　　　　　　　　　　　　　　　　　　 /s/ *Kristi C. Kelly*
　　　　　　　　　　　　　　　　　　Kristi C. Kelly, VSB #72791
　　　　　　　　　　　　　　　　　　Andrew J. Guzzo, VSB # 82170
　　　　　　　　　　　　　　　　　　Casey S. Nash, VSB#84261
　　　　　　　　　　　　　　　　　　J. Patrick McNichol, VSB #92699
　　　　　　　　　　　　　　　　　　Matthew G. Rosendahl, VSB #93738
　　　　　　　　　　　　　　　　　　KELLY GUZZO, PLC
　　　　　　　　　　　　　　　　　　3925 Chain Bridge Road, Suite 202
　　　　　　　　　　　　　　　　　　Fairfax, VA 22030
　　　　　　　　　　　　　　　　　　Telephone: 703-424-7571
　　　　　　　　　　　　　　　　　　Facsimile:  703-591-0167
　　　　　　　　　　　　　　　　　　Email: kkelly@kellyguzzo.com
　　　　　　　　　　　　　　　　　　Email: aguzzo@kellyguzzo.com
　　　　　　　　　　　　　　　　　　Email: casey@kellyguzzo.com
　　　　　　　　　　　　　　　　　　Email: pat@kellyguzzo.com
　　　　　　　　　　　　　　　　　　Email: matt@kellyguzzo.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*