IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLAKE SWANGO,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.,*<br><br>    Defendants. | Case No. 1:23-cv-1335-RDA-JFA |

## NOTICE OF SETTLEMENT

  Plaintiff Blake Swango, by counsel, notifies the Court that he has settled his claims against Defendant Equifax Information Services, LLC ("Equifax"). The Parties are working to finalize the settlement and will submit dismissal papers within thirty days, unless the Court orders an earlier submission.

                Respectfully submitted,
                **BLAKE SWANGO**

                By: */s/ Kristi C. Kelly*
                Kristi C. Kelly, VSB #72791
                Andrew J. Guzzo, VSB #82170
                Casey S. Nash, VSB #84261
                J. Patrick McNichol, VSB #92699
                Matthew G. Rosendahl, VSB #93738
                Kᴇʟʟʏ Gᴜᴢᴢᴏ, PLC
                3925 Chain Bridge Road, Suite 202
                Fairfax, VA 22030
                Telephone: (703) 424-7572
                Facsimile: (703) 591-0167
                Email: kkelly@kellyguzzo.com
                Email: aguzzo@kellyguzzo.com
                Email: casey@kellyguzzo.com
                Email: pat@kellyguzzo.com
                Email: matt@kellyguzzo.com
                *Counsel for Plaintiff*