IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLAKE SWANGO,<br><br>                                 Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC., et al.<br><br>                                 Defendants. | Civil Action No. 1:23-cv-1335-RDA-JFA |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant Equifax Information Services, LLC, which has not filed an answer or a motion for summary judgment.

                                               Respectfully submitted,
                                               **BLAKE SWANGO**

                                               /s/ *Kristi C. Kelly*
                                               Kristi C. Kelly, VSB #72791
                                             Andrew J. Guzzo, VSB # 82170
                                             Casey S. Nash, VSB#84261
                                             J. Patrick McNichol, VSB #92699
                                             Matthew G. Rosendahl, VSB #93738
                                             KELLY GUZZO, PLC
                                             3925 Chain Bridge Road, Suite 202
                                             Fairfax, VA 22030
                                             Telephone: 703-424-7571
                                             Facsimile:  703-591-0167
                                             Email: kkelly@kellyguzzo.com
                                             Email: aguzzo@kellyguzzo.com
                                             Email: casey@kellyguzzo.com
                                             Email: pat@kellyguzzo.com
                                             Email: matt@kellyguzzo.com
                                             *Counsel for Plaintiff*